1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## EASTERN  DISTRICT OF KENTUCKY
## COVINGTON DIVISION

**Lora J. Suchan**       )
                  )
      **Plaintiff,**   )
                  )      **Case No. 2:14cv**
    **vs.**           )
                  )      **Judge**
**Allied Interstate, LLC.**   )
                  )      **Mag. Judge**
      **Defendant**   )
                  )
                  )
_____)

Complaint to enforce civil liability pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq., seeking statutory and actual damages, reimbursement of attorney fees and costs; Jury Demand

<u>Introduction</u>

    1. This is a claim for statutory and actual damages caused by Defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* which prohibits debt collectors from engaging in deceptive, unfair and/or unconscionable debt collection practices.

<u>Jurisdiction and Venue</u>

    2. Jurisdiction of this Court is invoked pursuant to 15 U.S.C. §1692k(d) and 28 U.S.C. §1337.  Venue is proper in this district because the consumer/debtor resides in this district and the conduct complained of primarily occurred in this district.

<u>Parties</u>

3. Plaintiff is a resident of Campbell County, Ky and is a consumer as defined at 15 U.S.C. § 1692a(3), and may have been obligated to pay a debt which, if incurred, was primarily for household, family and personal purposes [hereinafter referred to as the "debt").

4. Defendant, Allied Interstate, LLC. appears to be a foreign Limited Liability Corporation unlicensed and unregistered in the Commonwealth with principal offices in the state of Minnesota at 435 Ford Rd., 800 Interchange West, Minneapolis, Mn. 55426 (hereinafter referred to as either "defendant" or "AI") who regularly collects or attempts to collect debts owed or due or asserted to be owed or due another and is a debt collector as defined in the Act at 15 U.S.C. 1692a.(6).

<u>Factual Allegations</u>

5. Beginning in Mid October, 2014 and October 22, 2014 Plaintiff noticed that she had received approximately 50 calls on her cellular phone from a telephone number designated as "1 (877) 476-7360."  These calls appeared and were retained on her cellular phone log. They began shortly after 8:00am and continued throughout each day mostly when Plaintiff was occupied and unavailable to answer them. No message was ever left.

6. On October 22, 2014, after receiving another call from the same number, Plaintiff attempted to return the call at 7:22pm EST. An unknown individual answered who asked Plaintiff for her name and telephone number.  She was then informed that she had contacted Allied Interstate, a debt collector, and that any information she would be asked to give would be used in connection with the collection of a debt.

7. Plaintiff then inquired about the debt and was given a name that she could not clearly understand due to a thick foreign accent of the individual who answered her call. Plaintiff received little or no other information that she could understand about the debt during a call which lasted a total of 2 minutes. Plaintiff considers this October 22, 2014 call to be the initial communication between herself and the debt collector triggering mutual obligation of the parties pursuant to 15 U.S.C. 1692g.

8. Thereafter the telephone calls immediately continued at the same rate where Plaintiff became concerned and sought advice. She was informed not to worry because she would shortly be receiving a written communication within 5 days as required by 15 U.S.C. 1692g informing her of the identity of creditor, the debt itself and any and all rights and obligations she had concerning the debt including, among other things, the right to dispute it.

9. As of this writing, well more than 5 days after the initial communication, Plaintiff has received no written communication from the Defendant or anyone else concerning the debt. While she suspects she knows the name of the creditor she is not certain.

10. More importantly, the telephone calls have continued every day at a sometimes heavy rate. Frequently, they come when she is on a call of her own which causes her to be distracted and annoyed. By the time she interrupts her call and attempts to answer, the caller has hung-up.

11. Plaintiff would like to put a stop to these calls but, as she has received no written communication informing her where to write, she is unable to do so.

12. Consequently, the conduct and activity detailed herein which the Defendant has engaged in is deceptive, unfair and unconscionable and violates the following provisions of the fair debt collection practices:

1

2   (a) the use of any false representation or deceptive means to collect or
    attempt to collect any debt or to obtain information concerning a
3   consumer in violation of 15 U.S.C. §1692e.(10); and

4   (b) The failure to comply with 15 U.S.C.§1692g. which requires a debt
    collector to properly inform Plaintiff in writing within 5 days of initial
5   contact or communication that she has certain expressly enumerated
    statutory rights, among other things, to have the Defendant debt collector
6   cease communication, to dispute the debt, etc.

7
                            **Prayer for Relief**
8
    Plaintiff prays for the following relief:
9

10  (a) in claim one for a judgment against the Defendant for statutory and
    actual damages in an amount she is able to prove;
11
    (b) in claim one for reasonable attorney fees for all services performed by counsel
12  in connection with the prosecution of this claim;

13  (c ) in claim one for reimbursement for all costs and expenses incurred in
    connection with the prosecution of this claim;
14
    (d) for a trial by jury on all appropriate issues; and,
15
    (e) for any and all other relief this Court may deem appropriate.
16

17
                                   Respectfully submitted by:
18

19                                  _/s/Steven C. Shane_
                                   Steven C. Shane (0041124)
20                                 Trial Attorney for Plaintiff
                                   P.O. Box 73067
21                                 Bellevue, Ky. 41073
                                   (859) 431-7800
22                                 (859) 431-3100 facsimile
                                   shanelaw@fuse.net
23

24

25

26

27

28