Eastern District of Kentucky
**FILED**
DEC 29 2014
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

In the United States District Court
For the Eastern District of Kentucky
Covington Division

Lora J. Suchan
    Plaintiff

Case No. 2:14cv00193-WOB-CJS

vs.

Judge Bertelsman

Allied Interstate, LLC.
    Defendant

Magistrate Judge Smith

## Notice of Voluntary Dismissal with Prejudice

Now comes the Plaintiff, pursuant to civil rule 41(a)(1)(A)(I), and hereby gives notice that she dismisses this action, including all claims against all parties, **WITH PREJUDICE**.

/s/Steven C. Shane
Steven C. Shane
Trial Attorney for Plaintiff
P.O. Box 73067
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net

## Certificate of Service

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Steven C. Shane

SO ORDERED this 2nd day of December, 2014.

WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE